# Court of Appeals
# of the State of Georgia

ATLANTA,___May 01, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1386.  ANTHONY VINCENT POPE v. STATE OF GEORGIA.**

The appellant's Motion to Remand is GRANTED.  This case is REMANDED to the trial court until such time as the trial transcript pertinent to this case has been prepared.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 05/01/2014_____
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*